Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−10173−JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew M. Plummer | Deana M. Plummer |
| aka Andy M. Plummer | aka Meg Plummer, fka Deana M. Taylor |
| 20 N. 3rd Street | 20 N. 3rd Street |
| Greenville, PA 16125 | Greenville, PA 16125 |

Social Security No.:
xxx−xx−7770                                xxx−xx−9605

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lauren M. Lamb | Ronda J. Winnecour |
| Steidl & Steinberg, P.C. | Suite 3250, USX Tower |
| 707 Grant Street | 600 Grant Street |
| Suite 2830 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number: 412−471−5566 |
| Telephone number: 412−391−8000 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 24, 2024 | June 24, 2024 |
| 01:00 PM | 01:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/21/24                                BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10173-JCM |
| Andrew M. Plummer | Chapter 13 |
| Deana M. Plummer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 21, 2024 | Form ID: rsc13 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew M. Plummer, Deana M. Plummer, 20 N. 3rd Street, Greenville, PA 16125-2438 |
| 15701025 | + | Geraldine Linn, Esq., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15701028 | | H&R Block, PO Box 7526, Newark, DE 19714-7526 |
| 15701026 | + | H&R Block, 126 West Chestnut Street, Washington, PA 15301-4423 |
| 15701030 | | H&R Block Emerald Advance, Raceway Plaza, Washington Pike, Route 50, Carnegie, PA 15106 |
| 15701033 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15701039 | + | National Fuel, PO Box 15630, Wilmington, DE 19850-5630 |
| 15701064 | + | Penn Power, c/o Harris & Harris, 600 West Jackson Blvd., Suite 400, Chicago, IL 60661-5675 |
| 15701078 | + | UPMC Health Services, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15701076 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 23:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15701016 | | Email/Text: customercare@adminrecovery.com | May 21 2024 23:25:00 | Admin recovery LLC, 9159 Main Street, Clarence, NY 14031 |
| 15701018 | + | Email/Text: customercare@adminrecovery.com | May 21 2024 23:25:00 | Admin Recovery LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 15701017 | | Email/Text: customercare@adminrecovery.com | May 21 2024 23:25:00 | Admin Recovery LLC, 45 Earhard Drive, Suite 102, Buffalo, NY 14221-7809 |
| 15701020 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 23:41:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15701019 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 23:42:50 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15701022 | + | Email/Text: bnc-bluestem@quantum3group.com | May 21 2024 23:25:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15701021 | + | Email/Text: bnc-bluestem@quantum3group.com | May 21 2024 23:25:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15701024 | + | Email/Text: bnc-bluestem@quantum3group.com | May 21 2024 23:25:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15701023 | + | Email/Text: bnc-bluestem@quantum3group.com | May 21 2024 23:25:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, |

| | | | |
|---|---|---|---|
| | | | Eden Prairie, MN 55347-4120 |
| 15701029 | + Email/Text: dleabankruptcy@hrblock.com | May 21 2024 23:24:00 | H&R Block, 1 H and R Block Way, Kansas City, MO 64105-1905 |
| 15701027 | Email/Text: dleabankruptcy@hrblock.com | May 21 2024 23:24:00 | H&R Block, PO Box 2716, Omaha, NE 68103-2716 |
| 15701031 | + Email/Text: Bankruptcy@ICSystem.com | May 21 2024 23:25:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15701032 | + Email/Text: Bankruptcy@ICSystem.com | May 21 2024 23:25:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15701034 | ^ MEBN | May 21 2024 23:24:42 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15701037 | Email/Text: EBN@Mohela.com | May 21 2024 23:25:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15701038 | Email/Text: EBN@Mohela.com | May 21 2024 23:25:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 15719297 | + Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 23:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15701035 | + Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 23:25:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15701036 | + Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 23:25:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15701041 | + Email/Text: Bankruptcy@natfuel.com | May 21 2024 23:25:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 15701040 | + Email/Text: Bankruptcy@natfuel.com | May 21 2024 23:25:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 15701042 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 21 2024 23:42:50 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701051 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 21 2024 23:41:36 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701060 | + Email/PDF: cbp@omf.com | May 21 2024 23:41:56 | One Main Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15701061 | + Email/PDF: cbp@omf.com | May 21 2024 23:41:58 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15701062 | + Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15701065 | Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | Penn Power, 76 South Main Street, Akron, OH 44308-1890 |
| 15711121 | + Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15701066 | + Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | Penn Power, 6896 Miller Rd., Suite 204, Brecksville, OH 44141-3222 |
| 15701071 | + Email/PDF: ebnotices@pnmac.com | May 21 2024 23:41:41 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15701070 | + Email/PDF: ebnotices@pnmac.com | May 21 2024 23:42:06 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15718947 | + Email/PDF: ebnotices@pnmac.com | May 21 2024 23:41:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15701073 | Email/Text: bankruptcy@td.com | May 21 2024 23:25:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
| 15701072 | Email/Text: bankruptcy@td.com | May 21 2024 23:25:00 | TD Bank, P.O. Box 605, Bellmawr, NJ |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: rsc13 | Total Noticed: 52 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 08099-0605 |
| 15701074 | + | Email/Text: jaxbanko@td.com | May 21 2024 23:24:00 | TD Bank, PO Box 9223, Farmington, MI 48333-9223 |
| 15709590 | + | Email/Text: tdebn@credbankserv.com | May 21 2024 23:25:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15701075 | ^ | MEBN | May 21 2024 23:24:22 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15701077 | + | Email/Text: BNCnotices@dcmservices.com | May 21 2024 23:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15701080 | + | Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15701079 |   | Email/Text: bankruptcy@firstenergycorp.com | May 21 2024 23:25:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| 15701043 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701044 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701045 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701046 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701047 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701048 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701049 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701050 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701052 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701053 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701054 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701055 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701056 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701057 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701058 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701059 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701063 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15701068 | * | Penn Power, 76 South Main Street, Akron, OH 44308-1890 |
| 15701067 | *+ | Penn Power, c/o Harris & Harris, 600 West Jackson Blvd., Suite 400, Chicago, IL 60661-5675 |
| 15701069 | *+ | Penn Power, 6896 Miller Rd., Suite 204, Brecksville, OH 44141-3222 |
| 15701082 | *+ | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15701081 | * | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 21, 2024 | Form ID: rsc13 | Total Noticed: 52

Date: May 23, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Andrew M. Plummer julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Deana M. Plummer julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5