

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2410173

DEBTOR(S):

ANDREW M PLUMMER

DEANA M PLUMMER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 10 IN THE AMOUNT OF $593.34

CREDITOR'S SIGNATURE:

/s/ Helga Ridgeway

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/13/2024