IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ANDREW M. PLUMMER, AKA<br>ANDY M PLUMMER,<br>DEANA M. PLUMMER, FKA<br>DEANA M. TAYLOR, AKA<br>MEG PLUMMER<br>      Debtors,<br><br><br>TOYOTA MOTOR CREDIT CORPORATION<br>      Movant,<br><br>   v.<br><br>ANDREW M. PLUMMER, and<br>DEANA M. PLUMMER, and<br>MONICA J. PLUMMER, Non-Filing Co-Debtor, and<br>RONDA J. WINNECOUR, Chapter 13 Trustee<br>      Respondents. | Bankruptcy No. 24-10173-JCM<br><br>Chapter 13 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 24, 2024 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on September 10, 2024 at 1:30 p.m. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated:  August 7, 2024

*Counsel for Toyota Motor Credit Corporation*