IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew M. Plummer, AKA | ) | Case No. 24-10173-JCM |
| Andy M. Plummer, | ) | Chapter 13 |
| Deana M. Plummer, FKA | ) | Related to Docket Nos. 56 & 57 |
| Deana M. Taylor, AKA | ) | |
| Meg Plummer, | ) | |
| | ) | |
|     Debtors | ) | |
| | ) | |
| | ) | |
| Toyota Motor Credit Corporation, | ) | Hearing Date and Time: |
| | ) | September 10, 2024 at 1:30pm |
|     Movant | ) | |
| | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Andrew M. Plummer, and | ) | |
| Deana M. Plummer, and | ) | |
| Monica J. Plummer, Non-Filing Co-Debtor, | ) | |
| and Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
|     Respondents | ) | |

### AMENDED CERTIFICATE OF SERVICE

I, Lauren M. Lamb, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on August 22, 2024 I served a copy of:

### RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

ON:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF mail
Keri Ebeck, Esquire - Via ECF mail

Toyota Motor Credit Corporation
PO Box 9013
Addison, TX 75001

BY:   Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: August 22, 2024              /s/ Lauren M. Lamb
                                   Lauren M. Lamb
                                   STEIDL & STEINBERG
                                   707 Grant Street, Suite 2830
                                   Pittsburgh, PA 15219
                                   (412) 391-8000