IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew M. Plummer and Deana M. Plummer, | ) | Case No. 24-10173-JCM |
| Debtors | ) | Chapter 13 |
| | ) | |
| Andrew M. Plummer, | ) | Document No. 65 |
| Social Security No. XXX-XX-7770 | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| East Coast Chair & Bar Stool, Inc. and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 6, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

Andrew M. Plummer                                    Ronda J. Winnecour-Chapter 13 Trustee
*Via E-Mail*                                              *Via ECF Mail*


East Coast Chair & Bar Stool, Inc.
**Attention: Julie Shaw**
966 Perry Highway
Mercer, PA 16137
julies@eastcoastchair.com
*Via E-Mail*


Date of Service: September 6, 2024        /s/ Lauren M. Lamb
                                          Lauren M. Lamb, Esquire
                                          Attorney for the Debtors
                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          llamb@steidl-steinberg.com
                                          PA I.D. No. 209201