IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew M. Plummer and Deana M. Plummer, | ) | Case No. 24-10173-JCM |
| | ) | Chapter 13 |
| Debtors | ) | Related to Doc. No. 79 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☑ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by:

☐ a motion to lift stay
as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Chapter 13 Plan dated    April 9, 2024
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Debtors' Plan payments shall be changed from $   1,397.00    to

☐     $ <u>1,597.00</u> per month, effective <u>November, 2025</u> ; and/or the Plan term shall be changed from _____ months to _____ months. .

☐     In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtors shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑     Other: <u>The Trustee's Certificate of Default filed on October 13, 2025 at Docket No. 77 is resolved by the entry of this Order and is withdrawn.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED,** this 28th day of October, 2025

Dated: October 28, 2025

_____ jlm
John C. Melaragno
United States Bankruptcy Judge

SIGNED
10/28/25 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10173-JCM |
| Andrew M. Plummer | Chapter 13 |
| Deana M. Plummer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew M. Plummer, Deana M. Plummer, 20 N. 3rd Street, Greenville, PA 16125-2438 |
| 15701025 | + | Geraldine Linn, Esq., 701 Market Street, Philadelphia, PA 19106-1538 |
| 15701028 | | H&R Block, PO Box 7526, Newark, DE 19714-7526 |
| 15701026 | + | H&R Block, 126 West Chestnut Street, Washington, PA 15301-4423 |
| 15701030 | | H&R Block Emerald Advance, Raceway Plaza, Washington Pike, Route 50, Carnegie, PA 15106 |
| 15701033 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15701039 | + | National Fuel, PO Box 15630, Wilmington, DE 19850-5630 |
| 15701064 | + | Penn Power, c/o Harris & Harris, 600 West Jackson Blvd., Suite 400, Chicago, IL 60661-5675 |
| 15701078 | + | UPMC Health Services, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15701076 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Oct 29 2025 00:17:00 | Toyota Motor Credit Corporation, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 15701016 | | Email/Text: customercare@adminrecovery.com | Oct 29 2025 00:17:00 | Admin recovery LLC, 9159 Main Street, Clarence, NY 14031 |
| 15701018 | + | Email/Text: customercare@adminrecovery.com | Oct 29 2025 00:17:00 | Admin Recovery LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 15701017 | | Email/Text: customercare@adminrecovery.com | Oct 29 2025 00:17:00 | Admin Recovery LLC, 45 Earhard Drive, Suite 102, Buffalo, NY 14221-7809 |
| 15814689 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 29 2025 00:29:46 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 15701020 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:30:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15701019 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:17:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15701022 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 29 2025 00:17:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15701021 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 29 2025 00:17:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 15701024 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 29 2025 00:17:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15701023 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 29 2025 00:17:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |

Case 24-10173-JCM   Doc 81   Filed 10/30/25   Entered 10/31/25 00:30:03   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 15701029 | + | Email/Text: dleabankruptcy@hrblock.com | Oct 29 2025 00:16:00 | H&R Block, 1 H and R Block Way, Kansas City, MO 64105-1905 |
| 15701027 | | Email/Text: dleabankruptcy@hrblock.com | Oct 29 2025 00:16:00 | H&R Block, PO Box 2716, Omaha, NE 68103-2716 |
| 15701031 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 29 2025 00:17:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15701032 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 29 2025 00:17:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15701034 | ^ | MEBN | Oct 29 2025 00:09:58 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15807169 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 00:19:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15701037 | | Email/Text: EBN@Mohela.com | Oct 29 2025 00:16:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15701038 | | Email/Text: EBN@Mohela.com | Oct 29 2025 00:16:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 16426168 | | Email/Text: EBN@Mohela.com | Oct 29 2025 00:16:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15719297 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15701035 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 00:17:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15701036 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 00:17:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15701041 | + | Email/Text: Bankruptcy@natfuel.com | Oct 29 2025 00:17:00 | National Fuel, P.O. Box 2081, Erie, PA 16512-2081 |
| 15701040 | + | Email/Text: Bankruptcy@natfuel.com | Oct 29 2025 00:17:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 15701042 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 29 2025 00:30:11 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701051 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 29 2025 00:18:58 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701060 | + | Email/PDF: cbp@omf.com | Oct 29 2025 00:19:00 | One Main Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15701061 | + | Email/PDF: cbp@omf.com | Oct 29 2025 00:30:16 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15805380 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:18:23 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15701062 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15701065 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | Penn Power, 76 South Main Street, Akron, OH 44308-1817 |
| 15711121 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15701066 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | Penn Power, 6896 Miller Rd., Suite 204, Brecksville, OH 44141-3222 |
| 15701071 | + | Email/PDF: ebnotices@pnmac.com | Oct 29 2025 00:51:43 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15701070 | + | Email/PDF: ebnotices@pnmac.com | Oct 29 2025 00:41:17 | PennyMac Loan Services, LLC, Po Box 514387, |

Case 24-10173-JCM    Doc 81    Filed 10/30/25    Entered 10/31/25 00:30:03    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | Bypass Reason | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Los Angeles, CA 90051-4387 |
| 15718947 | + | Email/PDF: ebnotices@pnmac.com | Oct 29 2025 00:29:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15701073 | | Email/Text: bankruptcy@td.com | Oct 29 2025 00:17:00 | TD Bank, P.O. Box 219, Lewiston, ME 04243 |
| 15701072 | | Email/Text: bankruptcy@td.com | Oct 29 2025 00:17:00 | TD Bank, P.O. Box 605, Bellmawr, NJ 08099-0605 |
| 15701074 | + | Email/Text: jaxbanko@td.com | Oct 29 2025 00:16:00 | TD Bank, PO Box 9223, Farmington, MI 48333-9223 |
| 15709590 | + | Email/Text: tdebn@credbankserv.com | Oct 29 2025 00:16:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15807641 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 29 2025 00:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15701075 | ^ | MEBN | Oct 29 2025 00:09:52 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15701077 | + | Email/Text: BNCnotices@dcmservices.com | Oct 29 2025 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15803145 | | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2025 00:19:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15701080 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15701079 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 29 2025 00:17:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15807170 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15701043 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701044 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701045 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701046 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701047 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701048 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701049 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701050 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15701052 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701053 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701054 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701055 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701056 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701057 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701058 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701059 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15701063 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15701068 | *+ | Penn Power, 76 South Main Street, Akron, OH 44308-1817 |
| 15701067 | *+ | Penn Power, c/o Harris & Harris, 600 West Jackson Blvd., Suite 400, Chicago, IL 60661-5675 |
| 15701069 | *+ | Penn Power, 6896 Miller Rd., Suite 204, Brecksville, OH 44141-3222 |
| 15701082 | *+ | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |
| 15701081 | * | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 57

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Andrew M. Plummer julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Deana M. Plummer julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6