IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
                                                    )
Andrew M. Plummer and Deana M. Plummer,              )    Bankruptcy No. 24-10173-JCM
    Debtors                                       )    Chapter 13
                                                    )    Document No.
Andrew M. Plummer and Deana M. Plummer,              )
    Movants                                       )
                                                    )
    vs.                                           )
                                                    )
No Respondents                                       )

**AMENDMENT COVER SHEET**

Amendments to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_  Voluntary Petition

<u>Official Form 6 Schedules</u>
\_\_\_\_\_  Summary of Schedules
\_\_\_\_\_  Schedule A - Real Property
\_\_\_\_\_  Schedule B - Personal Property -
\_\_\_\_\_  Schedule C - Property Claimed as Exempt-
\_\_\_\_\_  Schedule D - Creditors holding Secured Claims Check one:
      \_\_\_\_\_  Creditor(s) added--
      \_\_\_\_\_  NO creditor(s) added
      \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
      \_\_\_\_\_  Creditor(s) added -
      \_\_\_\_\_  NO creditor(s) added
      \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
      \_\_\_\_\_  Creditor(s) added –
      \_\_\_\_\_  NO creditor(s) added
      \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule G - Executory Contracts and Unexpired Leases
    Check one:
      \_\_\_\_\_  Creditor(s) added
      \_\_\_\_\_  NO creditor(s) added
      \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule H - Codebtors
__X__  Schedule I - Your Income-updated to reflect current income
\_\_\_\_\_  Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_  Statement of Financial Affairs

    \_\_\_\_\_  Chapter 7 Individual Debtor's Statement of Intention
    \_\_\_\_\_  Chapter 11 List of Equity Security Holders
    \_\_\_\_\_  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
    \_\_\_\_\_  Disclosure of Compensation of Attorney for Debtor
    \_\_\_\_\_  Other  _____

                        Respectfully Submitted,

<u>November 6, 2025</u>              <u>/s/Lauren M. Lamb</u>
DATE                            Lauren M. Lamb, Esquire
                                   Attorney for the Debtors
                                   Steidl & Steinberg, P.C.
                                   436 Seventh Avenue, Suite 322
                                   Pittsburgh, PA 15219
                                   (412) 391-8000
                                   llamb@steidl-steinberg.com
                                   PA ID No. 209201

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Andrew M. Plummer |
| Debtor 2 (Spouse, if filing) | Deana M. Plummer |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | 24-10173 |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Logistics Administrator |
| Employer's name | | Joy Cone |
| Employer's address | | 3435 Lamor Road<br>Hermitage, PA 16148 |
| How long employed there? | | Late April 2025 |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 4,796.78 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ 4,796.78 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---:|---:|
| | Copy line 4 here | | 4. | $ 0.00 | $ 4,796.78 |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ 866.81 |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 866.81 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 3,929.97 |

**Debtor 1** Andrew M. Plummer
**Debtor 2** Deana M. Plummer
Case number (*if known*) 24-10173

8. **List all other income regularly received:**
   8a. **Net income from rental property and from operating a business, profession, or farm**
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 0.00    $ 0.00
   8b. **Interest and dividends**  8b. $ 0.00    $ 0.00
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ 0.00    $ 1,400.00
   8d. **Unemployment compensation**  8d. $ 0.00    $ 0.00
   8e. **Social Security**  8e. $ 0.00    $ 0.00
   8f. **Other government assistance that you regularly receive**
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: SNAP  8f. $ 157.00    $ 0.00
   8g. **Pension or retirement income**  8g. $ 0.00    $ 0.00
   8h. **Other monthly income.** Specify:  8h.+ $ 0.00 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ 157.00    $ 1,400.00

10. **Calculate monthly income.** Add line 7 + line 9.  10. $ 157.00 + $ 5,329.97 = $ 5,486.97
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: Brother`s SNAP Contribution to Food Expenses   11. +$ 295.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 5,781.97
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: