IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Andrew M. Plummer and<br>Deana M. Plummer, | Case No. 24-10173-JCM<br>Chapter 13 |
| Debtors | Document No. WO-2 |
| Deana M. Plummer,<br>Social Security No. XXX-XX-9605 | |
| Movant | |
| vs. | |
| Joy Cone Company and<br>Ronda J. Winnecour, Trustee, | |
| Respondents | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this _____ day of ____________________, 2026, it is hereby ORDERED, ADJUDGED and DECREED, that:

1) Joy Cone Company, 3435 Lamor Road, Hermitage, PA 16148, is hereby ordered to immediately terminate the attachment of the wages of Movant. No future payments are to be sent by Joy Cone Company to Ronda J. Winnecour, Trustee on behalf of Movant until further Order of Court.
2) This wage termination is permitted to occur, because Movant is on maternity leave and is receiving short-term disability. Debtors' baby is experiencing significant health issues that have required Debtors to stay closer to the hospital, which has caused them to incur additional living expenses.
3) Movant will file a Motion to Attach wages as soon as she returns to work from maternity leave.
4) Trustee consents to the termination of the wage attachment to accommodate Debtors' circumstances. It is not intended as a modification of the Plan, and will not preclude

the Trustee from filing a Certificate of Default or taking any other action(s) as a result of Plan defaults or arrears as she believes appropriate.

IT IS SO ORDERED:

__________________________________

John C. Melaragno
United States Bankruptcy Judge

/s/Katherine DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors