IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Andrew M. Plummer and | ) | Case No. 24-10173-JCM |
| Deana M. Plummer, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. WO-2 |
| | ) | |
| Deana M. Plummer, | ) | Related to Docket No. 93 |
| Social Security No. XXX-XX-9605 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Joy Cone Company and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 15, 2026, a true and correct copy of the *Consent Order of Court Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, unless otherwise noted, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee – Via ECF mail

Deana M. Plummer
20 N. 3rd Street
Greenville, PA 16125

Joy Cone Company
Attn: Payroll Dept.
3435 Lamor Road
Hermitage, PA 16148

Date of Service: October 15, 2026

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000

PA ID 209201
llamb@steidl-steinberg.com